ALLEGHENY TELEDYNE INCORPO-
RATED, Teledyne, Inc., Teledyne In-
dustries, Inc., and Teledyne Electronic
Systems, Inc., Plaintiffs–Petitioners,

and

General Motors Corporation,
Plaintiff–Petitioner,

v.

UNITED STATES, Defendant–
Cross Petitioner.

No. 680, 681, 682, 683.

United States Court of Appeals,
Federal Circuit.

Sept. 28, 2001.

Before LOURIE, CLEVENGER, and
LINN, Circuit Judges.

LOURIE, Circuit Judge.

### ORDER

Allegheny Teledyne Incorporated, et al.,
General Motors Corporation, and the Unit-
ed States petition for permission to appeal
the orders certified for immediate appeal
by the Court of Federal Claims in these
cases.

These cases involve the interpretation
and application of Cost Accounting Stan-
dard 413.50(c)(12), regarding the parties'
rights to assets in pension plans when a
segment closing occurs. This court must
exercise its own discretion whether it will
grant permission to appeal an interlocu-
tory order certified by a trial court. *See
In re Convertible Rowing Exerciser Pat-
ent Litigation,* 903 F.2d 822 (Fed.Cir.
1990). We determine that granting the
petitions is appropriate.

Accordingly,

IT IS ORDERED THAT:

The petitions for permission to appeal
are granted. The cases are consolidated.